BROWN v. JOSEPH RATHBONE LBR. COMPANY

(January 13, 1930. Opinion and Decree.)
(October 21, 1929. Rehearing Refused.)
(December 3, 1929. Writ of Certiorari and Review denied by Supreme Court.)

Edward S. Spiro, of New Orleans, attorney for plaintiff, appellee.

John May, of New Orleans, attorney for defendant, appellant.

PER CURIAM. In the decree in this case we inadvertently allowed $250 for medical services. The defendant had fully discharged its obligation in that respect and the decree will, therefore, be amended by reducing the sum awarded plaintiff to the extent of $250.